JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIERRE ARMAND RANDALL WINDSOR-ROMANOV,<br><br>            Petitioner,<br><br>    v.<br><br>JASON BLACK, Chief Director of ASH,<br><br>            Respondent. | Case No. CV 18-7409-AG (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed without prejudice.

DATED: May 31, 2019

                                         ANDREW J. GUILFORD
                                   UNITED STATES DISTRICT JUDGE